FILED

2014 DEC 17 PM 12 5

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

RICHARD FORLIZZO

Plaintiff

CASE# NO. 8:14 cv 3140 T 27 MAP

V.

RETRIEVAL-MASTERS CREDITORS BUREAU, INC.

DBA, AMERICAN MEDICAL COLLECTION AGENCY

Defendant

## COMPLAINT

Plaintiff, RICHARD FORLIZZO , individually, hereby sues Defendant, RETRIEVAL-MASTERS CREDITORS BUREAU, INC. DBA AMERICAN MEDICAL COLLECTION AGENCY (HEREAFTER, AGENCY) for violations of the Telephone Consumer Protection Act (TCPA) Sec. 227., 47 USC § 227(b)(1), 47 USC § 227(a) (iii) and Fair Debt Collections Act (FDCPA) and Florida Consumer Collections Protections Act (FCCPA).

## PRELIMINARY STATEMENT

1. This is an action for damages and injunctive relief brought by Plaintiff against Defendant for violations of the Telephone Consumer Protection Act (TCPA) Sec. 227., 47 USC § 227(b)(1), 47 USC § 227(a) (iii) the FDCPA 15USC sec. 1692(d)5, 1692e(2)(A), 1692e(10), 1692(f)(1) and 1692g(a) and FCCPA 559.72(9).



2. Upon belief and information, Plaintiff contends that many of these practices are widespread for the Defendant. Plaintiff intends to propound discovery to Defendant identifying these other individuals who have suffered similar violations.

3. Plaintiff contends that the AGENCY has violated such laws by repeatedly harassing Plaintiff in attempts to collect alleged but nonexistent consumer debt.

## JURISDICTION AND VENUE

4. Jurisdiction of this Court arises under 15 U.S.C. §1681p, 47 U.S.C. §227(b) (3), 15 U.S.C. §1692k (d), Fla. Stat. §47.051, and supplemental jurisdiction exists for the state law claims pursuant to 28 U.S.C. §1367.

5. Venue is proper pursuant to 28 U.S.C. §1391b and Fla. Stat. §559.77. Venue in this District is proper in that the Plaintiff resides here, the Defendant transacts business here, and the conduct complained of occurred here.

6. This is an action for damages which exceed $15,000.00.

## PARTIES

7. Plaintiff, RICHARD FORLIZZO, is a natural person and is a resident of the State of FLORIDA.

8. Upon information and belief that the Defendant (AGENCY) is a foreign corporation, authorized to do business in Florida.

## FACTUAL ALLEGATIONS

9. From October 2013 thru June 2014, AGENCY violated the TCPA by calling Plaintiff's cell phone (727-560-2106) 96 times from phone number 800-804-0057 (attached exhibit A thru E) with no prior written consent of the Plaintiff using ATDS capable equipment (attached exhibit F) attempting to collect an alleged nonexistent consumer debt from the Plaintiff.

**COUNT I**
**VIOLATIONS OF THE TELEPHONE COMMUNICATIONS ACT47 U.S.C. §227**

10. Plaintiff alleges and incorporates the information in paragraphs 1 through 9.

11. The statute 47 U.S.C. § 227(b)(1)(A) defines an "automatic telephone dialing system" as "equipment which has the capacity . . . to store or produce telephone numbers to be called, using a random or sequential number generator; and . . . to dial such numbers" which can then be connected to a live person or produce a voice message.

12. Defendant AGENCY has demonstrated willful or knowing non-compliance with 47 U.S.C. §227(b)(1)(A) by using an automatic telephone dialing system see attached (exhibit B) to call the Plaintiff's number(727-455-9793), which is assigned to a cellular telephone service.

13. Defendant AGENCY has committed 86 separate violations of 47 U.S.C. §227(b) (1) (A) (EXHIBT A) and Plaintiff is entitled to damages of $1500 per violation pursuant to 47 U.S.C. §227(b) (3) (B).

14. Defendant AGENCY has demonstrated willful or knowing non-compliance with 47 U.S.C. §227(b) (1) (A) The 86 calls are subject to treble damages pursuant to 47 U.S.C. §227(b) (3) as they were intentional because Plaintiff told AGENCY that they were calling a cell phone

and they had no written expressed consent to do so and Defendant continued to call on the Plaintiffs cell phone. When Plaintiff picked up the phone three times ( 2/14/14, 3/28/14 and 4/08/14) and after a 2-3 second delay a spokesperson from AGENCY connected to the call and spoke to Plaintiff which is consistent with "automatic telephone dialing system" as "equipment which has the capacity . . . to store or produce telephone numbers to be called, using a random or sequential number generator; and . . . to dial such numbers" and then to be picked up by a live person. Plaintiff requested that the AGENCY send him a proper notice with the information on it for Plaintiff to review and then Plaintiff would get back with AGENCY at that time. Two additional times on two different phone calls PLAINTIFF told AGENCY to send him the information in a letter for Plaintiff to review. Plaintiff has never received any written communication from the Defendant even after Plaintiff asked to have the alleged debt information sent to him for his review.

15. Defendant AGENCY has demonstrated willful or knowing non-compliance with 47 U.S.C. §227(b) (1) (A) by calling the Plaintiff's number, which is assigned to a cellular telephone service. The Plaintiff has never given AGENCY expressed written consent to call Plaintiffs cell phone and Plaintiff has no present nor past business relationship with Defendant. Plaintiff is entitled to damages of $1500 per violation pursuant to 47 U.S.C. §227(b) (3) (B). Plaintiff and AGENCY do not have an established business relationship within the meaning of 47 U.S.C. §227.

16. Defendant AGENCY has demonstrated willful or knowing non-compliance with 47 U.S.C. §227(b)(1)(A) by continuing to call Plaintiff after Plaintiff requested for Defendant to send the alleged debt information to him in the mail and at no time did Plaintiff receive any such letter from the Defendant with total disregard and in violation of 47 U.S.C. §227.

**WHEREFORE,** Plaintiff demands judgment for damages against AGENCY for actual or statutory damages, and punitive damages, attorney's fees and costs, pursuant to Fla. Stat. §559.77.

**COUNT II**
**VIOLATION OF FAIR DEBT COLLECTION PRACTICES ACT (FDCPA), 15 U.S.C. §1692 BY DEFENDANT RETRIEVAL-MASTERS CREDITORS BUREAU, INC. DBA AMERICAN MEDICAL COLLECTION AGENCY**

17. Plaintiff alleges and incorporates the information in paragraphs 1 through 16.

18. Plaintiff is a consumer within the meaning of the FDCPA 15U.S.C. §1692 a (6).

19 AGENCY is a debt collector within the meaning of the FDCPA, 15 U.S.C. §1692a (6).

20. AGENCY is attempting to collect an alleged but nonexistent consumer debt which is for primarily personal, family or household purposes from the Plaintiff.

21. Defendants violated 1692d (5) which reads:

A debt collector may not engage in any conduct the natural consequence of which is to harass, oppress, or abuse any person in connection with the collection of a debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section: (5): Causing a telephone to ring or engaging any person in telephone conversation repeatedly or continuously with intent to annoy, abuse, or harass any person at the called number.

Defendants violated the spirit of the law by calling the Plaintiffs cell phone 86 times and causing it to ring continuously causing the Plaintiff to feel annoyed, abused and harassed.

22. Defendants violated 1692e (2) (A) which reads:

A debt collector may not use any false, deceptive, or misleading representation or means in connection with the collection of any debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section: (2) the false representation of (A) the character, amount, or legal status of any debt.

Defendants violated this section of the statute because they did not send to Plaintiff any communication after the Plaintiff asked for documentation of the alleged debt which Defendants were calling to collect.

23. Defendants are in violation of 1692 e (10): The use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer.

Defendants violated the spirit this section of the statute by alleging they were debt collectors calling to collect some alleged medical debt and when Plaintiff asked for the documentation on Defendants letter head , Plaintiff never received any such documentation.

24. Defendants violated 1692f (1): A debt collector may not use unfair or unconscionable means to collect or attempt to collect any debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section:

(1) The collection of any amount (including any interest, fee, charge, or expense incidental to the principal obligation) unless such amount is expressly authorized by the agreement creating the debt or permitted by law.

Defendant violated the spirit of this section by trying to collect any amount which is not authorized by any agreement which Plaintiff has with Defendant. Defendant did not respond to Plaintiffs request for documentation of the alleged debt and the Defendants right to collect on the alleged debt.

25. Defendant violated 1692g (a): (a) **Notice of debt; contents**

Within five days after the initial communication with a consumer in connection with the collection of any debt, a debt collector shall, unless the following information is contained in the initial communication or the consumer has paid the debt, send the consumer a written notice containing—

(1) The amount of the debt;

(2) The name of the creditor to whom the debt is owed;

(3) a statement that unless the consumer, within thirty days after receipt of the notice, disputes the validity of the debt, or any portion thereof, the debt will be assumed to be valid by the debt collector;

Defendant is in violation of the spirit of the law by not responding within five days with the proper documentation after the Plaintiff asked Defendant to send the documentation.

**WHEREFORE,** Plaintiff demands judgment for damages against AGENCY for actual or statutory damages, and punitive damages, attorney's fees and costs, pursuant to 1692(k).

## COUNT III
## VIOLATION OF FLORIDA CONSUMER COLLECTION PRACTICES ACT (FCCPA), FLA. STAT. §559(Part VI) BY DEFENDANT RETRIEVAL-MASTERS CREDITORS BUREAU, INC. DBA AMERICAN MEDICAL COLLECTION AGENCY

26. Plaintiff alleges and incorporates the information in paragraphs 1 through 22.

27. Plaintiff is a consumer within the meaning of the FCCPA, Fla.Stat. §559.55(2).

28. Defendant is a debt collector within the meaning of the FCCPA, Fla. Stat. §559.55(6).

29. Defendant is trying to collect on an alleged but nonexistent consumer debt

30. Defendant violated **FLA. STAT. §559.72(9):** (9) Claim, attempt, or threaten to enforce a debt when such person knows that the debt is not legitimate or assert the existence of some other legal right when such person knows that the right does not exist;

Defendant is in violation of the spirit of the statute because they knew that there is no legitimate debt owed by Plaintiff and that the Defendant could not produce the contract or the proper documentation to prove that Agency has the legal right to collect on some alleged debt.

**WHEREFORE,** Plaintiff demands judgment for damages against AGENCY for actual or statutory damages, and punitive damages, attorney's fees and costs, pursuant to Fla. Stat. §559.77.

**DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a trial by jury of all issues as triable as a matter of law.

Respectfully submitted this 17 of ~~November~~ December, 2014

RICHARD FORLIZZO
29250 U.S. HIGHWAY19 NO. LOT 421
CLEARWATER, FORIDA, 33761
727-560-2106 EMAIL IS KTJO34684@GMAIL.COM

Home Mail News Sports Finance Weather Games Groups Answers Screen Flickr Mobile More
Search Mail Search Web Home Irene
Compose
Delete Move Spam More Collapse All
Inbox (909)
Drafts (19)
Sent
Spam (305)
Trash (28)
Folders (681)
dr.Hicks (1)
Irene (79)
Joe (593)
Miscelenious
RICK (6)
ROSE (2)
Stephen
Recent
[No Subject](4)
Me On Sunday, June 1, 2014 4:41 PM, rick forlizzo <forlizzorick@yahoo.cc
Today at 5:17 PM
Stephen
To Me
Today at 5:20 PM
(800) 804-0057
Missed call, 11/18/2013
(800) 804-0057
Missed call, 11/16/2013
(800) 804-0057
Missed call, 11/15/2013
(800) 804-0057
Missed call, 11/14/2013
(800) 804-0057
Missed call, 11/13/2013
(800) 804-0057
Missed call, 11/12/2013
Show message history
Reply, Reply All or Forward | More
Me On Sunday, June 1, 2014 4:41 PM, rick forlizzo <forlizzorick@yahoo.cc
Today at 6:04 PM
To .carlesimo@gmail.com
CC
Fw:
Show message history

EXHIBIT A

Home
Mail
News
Sports
Finance
Weather
Games
Groups
Answers
Screen
Flickr
Mobile
More
Search Mail
Search Web
Home
Irene
Compose
Delete
Move
Spam
More
Inbox (871)
Drafts (19)
Sent
Spam (3)
Trash (146)
Folders (605)
dr.Hicks (1)
Irene (3)
Joe (593)
Miscelenious
RICK (6)
ROSE (2)
Stephen
Recent
Voicemails
Stephen
To Me
AT&T
history voicem
(800) 804-0057
AT&T
history voicem
(800) 804-0057
AT&T
history voicem
(800) 804-0057
AT&T
history voicem
(800) 804-0057

EXHIBIT B

**Subject:** Voicemails

**From:** Stephen (stephen.carlesimo@gmail.com)

**To:** istawarz@yahoo.com;

**Date:** Saturday, August 30, 2014 4:26 PM

EXHIBIT C

2:35
AT&T
history voicem
3:06
AT&T
history voicem

(800) 804-0057
Missed call, 10/29/2013

(800) 804-0057
Missed call, 10/29/2013

(800) 804-0057
Missed call, 10/28/2013

(800) 804-0057
Missed call, 10/28/2013

(800) 804-0057
Missed call, 10/26/2013

(800) 804-0057
Missed call, 10/25/2013

(800) 804-0057
Missed call, 10/24/2013

...

(800) 804-0057
Incoming, 4/8/2014

(800) 804-0057
Missed call, 4/5/2014

(800) 804-0057
Incoming, 3/28/2014

(800) 804-0057
Missed call, 3/27/2014

(800) 804-0057
Missed call, 3/15/2014

(800) 804-0057
Missed call, 3/14/2014

(800) 804-0057

...



AT&T
history voicem
Incoming, 4/8/2014
(800) 804-0057
Missed call, 4/5/2014
(800) 804-0057
Incoming, 3/28/2014
(800) 804-0057
Missed call, 3/27/2014
(800) 804-0057
Missed call, 3/15/2014
(800) 804-0057
Missed call, 3/14/2014
(800) 804-0057
Missed call, 3/13/2014
AT&T
history voicem
Missed call, 3/13/2014
(800) 804-0057
Missed call, 3/11/2014
(800) 804-0057
Missed call, 2/28/2014
(800) 804-0057
Missed call, 2/25/2014
(800) 804-0057
Missed call, 2/24/2014
(800) 804-0057
Outgoing, 2/14/2014
(800) 804-0057
Outgoing, 2/14/2014
AT&T
history voicem
Outgoing, 2/14/2014
(800) 804-0057
Outgoing, 2/14/2014
(800) 804-0057
Outgoing, 2/14/2014
(800) 804-0057
Missed call, 2/14/2014
(800) 804-0057
Missed call, 2/13/2014
(800) 804-0057
Missed call, 2/12/2014
+8008040057
Missed call, 2/7/2014
AT&T
history voicem
Missed call, 2/7/2014
(800) 804-0057
Missed call, 1/29/2014
(800) 804-0057
Missed call, 1/29/2014
(800) 804-0057
Missed call, 1/28/2014
+8008040057
Missed call, 1/15/2014
(800) 804-0057
Missed call, 1/10/2014
(800) 804-0057
Missed call, 1/10/2014

EXHIBIT D

2:59
AT&T
history voicem
Missed call, 1/10/2014
(800) 804-0057
Missed call, 1/10/2014
(800) 804-0057
Missed call, 1/8/2014
(800) 804-0057
Missed call, 1/6/2014
(800) 804-0057
Missed call, 12/28/2013
(800) 804-0057
Missed call, 12/27/2013
(800) 804-0057
Missed call, 12/26/2013
2:58
AT&T
history voicem
Missed call, 12/26/2013
(800) 804-0057
Missed call, 12/24/2013
(800) 804-0057
Missed call, 12/23/2013
(800) 804-0057
Missed call, 12/13/2013
(800) 804-0057
Missed call, 12/12/2013
(800) 804-0057
Missed call, 12/11/2013
(800) 804-0057
Missed call, 12/10/2013
EXHIBIT E
2:53
AT&T
history voicem
Missed call, 11/29/2013
(800) 804-0057
Missed call, 11/28/2013
(800) 804-0057
Missed call, 11/27/2013
(800) 804-0057
Missed call, 11/26/2013
(800) 804-0057
Missed call, 11/21/2013
(800) 804-0057
Missed call, 11/20/2013
(800) 804-0057
Missed call, 11/19/2013
2:47
AT&T
history voicem
Missed call, 11/7/2013
(800) 804-0057
Missed call, 11/6/2013
(800) 804-0057
Missed call, 11/6/2013
(800) 804-0057
Missed call, 11/5/2013
(800) 804-0057
Missed call, 11/4/2013
(800) 804-0057
Missed call, 11/2/2013
(800) 804-0057
Missed call, 11/1/2013



# Public Utility Commission of Texas

## ADAD Report

## RETRIEVAL MASTERS CREDITORS BUREAU INC

Permit No: 110015

**Type:** ADAD
**Permit Approved Date:** 4/27/2011
**Date Last Renewed:** 4/27/2014

### DBA Names

AMERICAN MEDICAL COLLECTIONS AGENCY

### Contact Information

*Mailing / PO Box* *(Mailing Address)*
RETRIEVAL MASTERS CREDITORS BUREAU INC
JEFFREY S WOLLMAN
COMPLIANCE OFFICER
P O BOX 160
ELMSFORD,NY 10523-0160
**Web:** retrievalmasters.com
**Email:** jwollman@retrievalmasters.com
**Phone:** 914-592-0055
**Fax:** 914-345-7134

*Company / Physical*
RETRIEVAL MASTERS CREDITORS BUREAU INC
JEFFREY S WOLLMAN
COMPLIANCE OFFICER
4 WESTCHESTER PLAZA
SUITE 110
ELMSFORD,NY 10523
**Web:** retrievalmasters.com
**Email:** jwollman@retrievalmasters.com
**Phone:** 914-592-0055
**Fax:** 914-345-7134

*ADAD Physical Address*
RETRIEVAL MASTERS CREDITORS BUREAU INC
JEFFREY S WOLLMAN
4 WESTCHESTER PLAZA
SUITE 110
ELMSFORD,NY 10523
**Phone:** 914-592-0055