UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FILED
2015 MAR -3 PM 12: 01
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

Richard Forlizzo
_____

Plaintiff

CASE NUMBER: 8:14-CV-3140-T-27 MAP

v.

Retrieval-Masters Creditors Bureau, Inc
_____

Defendant

Return From service un Exicuted.

Knew one Bing issued Due to process Server Never Receiving Summons in Mail

Richard Forlizzo
29250 U.S Hyw 19. No #421
Clearwater, Fl. 33761

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

FILED 2015 MAR -3 PM 12:01
CLERK DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

This summons for *(name of individual and title, if any)* RETRIEVAL-MASTERS CREDITORS BUREAU, INC
was received by me on *(date)* 03/3/15 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:
MAIL WAS NOT Recieved By. Process server

My fees are $ ___ for travel and $ ___ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3/03/15

_____
Server's signature

RICHARD Forlizzo
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:



**Westchester**
gov.com

Robert P. Astorino
County Executive

Department of Public Safety

George N. Longworth
Commissioner-Sheriff

WESTCHESTER COUNTY SHERIFF
DEPARTMENT OF PUBLIC SAFETY
110 DR. MARTIN LUTHER KING JR. BLVD.
WHITE PLAINS, NEW YORK 10601

FILED
2015 MAR -3 PM 12: 02
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

RICHARD FORLIZZO
29250 US HWY 19
NO LOT 421
CLEARWATER, FL 33761

02/25/2015

   Please be advised that Mr. Florizzo states that he forwarded a Summons & Complaint to this office for service on Retrieval Masters Creditors Bureau Inc. DBA American Medical Collection Agency, approximately 2 weeks ago as of this date we have not received any papers for service. Please forward new set of papers with appropriate sheriffs' fee for service.

Thank You

WESTCHESTER COUNTY SHERIFF
DEPARTMENT OF PUBLIC SAFETY
110 DR. MARTIN LUTHER KING JR. BLVD.
WHITE PLAINS, NEW YORK 10601

A New York State Accredited
Law Enforcement Agency

Saw Mill River Parkway
Hawthorne, New York 10532    Telephone: (914) 864-7700    Website: westchestergov.com

