IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RICHARD FORLIZZO

    Plaintiff,

                      CIVIL ACTION

                      FILE NO. **8:14-cv-03140**

v.

RETRIEVAL-MASTERS CREDIT BUREAU,
INC., d/b/a AMERICAN MEDICAL COLLECTION
AGENCY,

    Defendant.
_____/

### **W. John Gadd's Notice of Appearance**

On behalf of Plaintiff, Attorney W. John Gadd hereby gives his notice of appearance in the above referenced matter as counsel.

## Certificate of Service

I hereby certify that true and correct copy of the above filed in the Court's electronic filing system which is designed to provide copies of the same to all attorneys of record on this 17th day of September, 2015.

**s/ W. John Gadd**
W. John Gadd
FL Bar Number 463061
Bank of America Building
2727 Ulmerton Road-Suite 250
Clearwater, FL 33762
Tel- (727) 524-6300
Email- wjg@mazgadd.com
