UNITED STATES DISTRICT
COURT MIDDLE DISTRICT OF
FLORIDA TAMPA DIVISION

RICHARD FORLIZZO

    Plaintiff,

                                                  Case Number 8:14 cv 3140 JDW MAP

v.

RETRIEVAL MASTERS CREDITORS BUREAU, INC.
DBA AMERICAN MEDICAL COLLECTION AGENCY

    Defendant
_____/

## NOTICE OF APPEARANCE

**COMES NOW** LISA R. WILCOX, ESQUIRE, attorney for Plaintiff, and hereby enters this Notice of Appearance on behalf of Plaintiff in the above-styled cause of action and requests that all copies of all notices, documents, and pleadings to the Plaintiff be sent to the undersigned attorney at the designated email address below.

    Dated: September 29, 2015

                                                  **/s/Lisa R Wilcox/**
                                                  By:_____
                                                  Lisa R. Wilcox, Esquire
                                                  FBN: 697291
                                                  721 First Ave. N.
                                                  Suite 100
                                                  St. Petersburg, Florida 33701
                                                  Main and Fax 888-945-2695
                                                  lisa@wilcoxlawpa.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to Receive electronically Notices of Electronic Filing.

**/s/Lisa R Wilcox/**
By:_____
Lisa R. Wilcox, Esquire