## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**RICHARD FORLIZZO**

      **Plaintiff,**

                                          **Case Number 8:14 cv 3140 JDW MAP**

**v.**


**RETRIEVAL MASTERS CREDITORS BUREAU, INC.**
**DBA AMERICAN MEDICAL COLLECTION AGENCY**

      **Defendant**

_____/

### PLAINTIFF'S MOTION FOR LEAVE TO FILE AUDIO RECORDING

Plaintiff RICHARD FORLIZZO by and through undersigned counsel pursuant to Rule 56, Federal Rules of Civil Procedure, hereby moves this Court to grant Plaintiff with leave to file with the court the one audio recording produced by the Defendant in response to Plaintiff's Request for Production and as grounds therefore states as follows:

1. This is an action brought under the Telephone Consumer Protection Act, the Federal Debt Collection Practices Act and the Florida Consumer Collection Practices Act.

2. Plaintiff timely filed his response to the Defendant's Motion for Summary Judgment [Doc 47].

3. In Plaintiff's response he references the audio recording produced by the Defendant. In the recording it is clear that the caller is a representative of the Defendant and that Plaintiff had spoken with the Defendant previously.

4. Plaintiff believes that it would be beneficial for the Court to hear the actual audio recording versus the transcript of the call.

5. Plaintiff's counsel conferred with Defendant's counsel and they do not object to the

filing of the recording with the Court.

## <u>CERTIFICATE OF COMPLIANCE WITH RULE 3.01(g)</u>

     I HEREBY CERTIFY that, pursuant to Local Rule 3.01(g) of the District Court for the Middle District of Florida, undersigned counsel has conferred with counsel for the Defendant as to the relief sought herein.  Defendant has consented to allowing Plaintiff to file the audio recording with the Court.

     WHEREFORE, Plaintiff moves this Court to enter an order granting him leave to file the audio recording as evidence for the Court to consider in deciding the Defendant's Motion for Summary Judgment.

     Respectfully submitted on April 6, 2016.


**/s/ Lisa Wilcox**

By: _____

Lisa R. Wilcox, Esquire
FBN: 697291
Wilcox Law, P.A.
721 First Avenue North, Suite 100
St. Petersburg, Florida 33701
888-945-2695
lisa@wilcoxlawpa.com


**<u>/s/ W. John Gadd</u>**

W. John Gadd

FL Bar Number 463061

Bank of America Building

2727 Ulmerton Road-Suite 250

Clearwater, FL 33762

Tel- (727) 524-6300

2

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a copy of the foregoing has been electronically filed on **April 6, 2016.** I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which Notice will be electronically mailed to Defendant's counsel.

**/s/ Lisa Wilcox**

Lisa R. Wilcox, Esquire
FBN: 697291