UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RICHARD FORLIZZO,

    Plaintiff,

vs.                                        Case No. 8:14-cv-3140-T-27MAP

RETRIEVAL MASTERS CREDITORS
BUREAU, INC. d/b/a AMERICAN
MEDICAL COLLECTION AGENCY,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is Plaintiff's Motion for Leave to File Audio Recording (Dkt. 57) to which the Defendant consents. Accordingly, Plaintiff's Motion for Leave to File Audio Recording is **GRANTED**. Plaintiff shall have **five (5) days** from the date of this order to file the audio recording as evidence in support of Plaintiff's Response to Motion for Summary Judgment and Supporting Memorandum of Law (Dkt. 54).

**DONE AND ORDERED** this 6th day of April, 2016.

                                                      JAMES D. WHITTEMORE
                                                      United States District Judge

Copies to:
Counsel of Record